1  IAN M. SAMMIS (CA State Bar No. 45883)
2  1108 Tamalpais Avenue, #1
   San Rafael, CA 94901
3  Telephone: (415) 457-4200
4  Facsimile:  (415) 454-5294

5  Attorney for Plaintiff

6  
                     UNITED STATES DISTRICT COURT
7                    NORTHERN DISTRICT OF CALIFORNIA
                           SAN FRANCISCO DIVISION
8  RACHELL N. SAENZ,                    )   Case No. C 07-05102  VRW
9                                        )
        Plaintiff,                       )
10                                       )   STIPULATION AND ORDER
   v.                                    )   EXTENDING TIME TO FILE
11                                       )   PLAINTIFF'S REPLY TO
   MICHAEL J. ASTRUE,                    )   DEFENDANT'S CROSS-MOTION
12 Commissioner of Social Security,      )   FOR SUMMARY JUDGMENT
                                         )
13      Defendant.                       )

14

15          IT IS HEREBY STIPULATED by and between the

16 undersigned attorneys, subject to the approval of the Court, Plaintiff Rachell N.

17
   Saenz may have an extension of 30 days in which to file her reply in opposition to
18

19 Defendant's Cross-Motion for Summary Judgment.    Plaintiff's motion for

20 summary judgment is due on June 18, 2008, pursuant to Civil L.R. 16-5.
21

22 ///
23

24
25 ///
26

27

28

IT IS SO STIPULATED:

Dated:   May 19, 2008                           S/IAN M. SAMMIS/

                                                _____
                                                Ian M. Sammis
                                                Attorney for Rachell N. Saenz

Dated:   May 19, 2008

                                                SCOTT N. SCHOOLS
                                                UNITED STATES ATTORNEY

                                                   S/Leo R. Montenegro/
                                                By_____
                                                Leo R. Montenegro
                                                Attorney for the Commissioner

# ORDER

The parties having stipulated as set forth above,

**IT IS SO ORDERED.**

Dated:   May _____, 2008             _____
                                      VAUGHN R. WALKER
                                      UNITED STATES DISTRICT JUDGE

IT IS SO STIPULATED:

Dated: May 19, 2008

S/IAN M. SAMMIS/

Ian M. Sammis
Attorney for Rachell N. Saenz

Dated: May 19, 2008

SCOTT N. SCHOOLS
UNITED STATES ATTORNEY

S/Leo R. Montenegro/

By_____
Leo R. Montenegro
Attorney for the Commissioner

## ORDER

The parties having stipulated as set forth above,

**IT IS SO ORDERED.**

Dated: May __29__, 2008

VAUGHN R WALKER
UNITED STATES DISTRICT JUDGE

GRANTED
Judge Vaughn R Walker