IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHELL N. SAENZ,<br><br>      Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>      Defendant.<br>_____/ | No. C 07-5102 VRW<br><br>**JUDGMENT IN A CIVIL CASE** |

**(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Court's order denying plaintiff's motion for summary judgment and granting defendant's cross motion for summary judgment filed August 8, 2008, judgment in this action is hereby entered in favor of defendant and against plaintiff.

Dated: August 8, 2008　　　　　　　　　　　　　　　Richard W. Wieking, Clerk

　　　　　　　　　　　　　　　　　　　　　　　　　　By: *Cora Klein*
　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk